Samuel J. Fortier
sfortier@fortiermikko.com
Naomi Palosaari
naomip@fortiermikko.com
FORTIER & MIKKO, P.C.
1600 A Street, Suite 101
Anchorage, Alaska 99501
Ph: (907) 277-4222
Fax: (907) 277-4221
Attorneys for Emily Nanouk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EMILY NANOUK ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| THE UNITED STATES OF AMERICA, ) | |
| ) Case No. 3:15-cv-00221-RRB | |
| Defendants. ) | |
| ) | |

**RESPONSE TO MINUTE ORDER DIRECTING COUNSEL
TO PROVIDE THREE DATES IN EARLY FEBRUARY 2021**[1]

COMES NOW Emily Nanouk, Plaintiff, through counsel, and hereby informs the court that the parties have conferred and now provide the court with 3 days in early February 2021 when the parties can be available:

---

[1] *See* Doc. 218.

- Wednesday, February 3, 2021;

- Wednesday, February 10, 2021;

- Friday, February 12, 2021.

RESPECTFULLY submitted this 22nd day of December, 2020.

FORTIER & MIKKO, P.C.

By: /s/ Samuel J. Fortier
Alaska Bar No. 8211115
/s/ Naomi Palosaari
Alaska Bar No. 1711068

1600 A Street, Suite 101
Anchorage, Alaska 99501
Ph: (907) 277-4222
Fax: (907) 277-4221
Email: sfortier@fortiermikko.com
naomip@fortiermikko.com
Attorneys for Emily Nanouk

Certificate of Service

I hereby certify that I electronically filed the foregoing via the U.S. District Court's CM/ECF electronic filing system on December 22nd, 2020.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ Samuel J. Fortier
Samuel J. Fortier

*Nanouk v. United States of America,* Case No. 3:15-cv-00221-RRB
Response to Minute Order, Doc. 218.
Page **2** of **2**