IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EMILY NANOUK,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No. 3:15-cv-00221-RRB<br><br>**ORDER SCHEDULING<br>SETTLEMENT CONFERENCE** |

A Settlement Conference is hereby set for **February 10, 2021, at 9:00 a.m.**, in Anchorage Courtrooms 2 and 3 before the Honorable Joshua M. Kindred.

At the Settlement Conference, all counsel shall appear with full authority to settle all issues of this litigation and, if such is impossible to obtain, counsel shall have their clients, with full settlement authority, available in person or by telephone at the time of the settlement conference.

IT IS SO ORDERED this 22nd day of December, 2020, at Anchorage, Alaska.

                                                */s/ Joshua M. Kindred*
                                                 JOSHUA M. KINDRED
                                       UNITED STATES DISTRICT JUDGE